An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY HOOKS,
Petitioner,

vs.

NEVADA TERRITORY,
Respondent.

No. 63757

**FILED**

SEP 3 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a proper person petition for a writ of mandate. Petitioner seeks immediate release from custody due to alleged errors in prior court proceedings. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Douglas

---

[1]We note that appellant failed to name a proper respondent in this action as he named the "Nevada Territory" as respondent. This also provides a basis for denying relief.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-29141

cc:    Jerry Hooks
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk